IN UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY MILLEDGE,
    Plaintiff,

v.                                     Case No.: 3:20-cv-269-BJD-PBD

JEFFREY R. MCCLELLAN, ET AL.
    Defendant(s)
_____/.

## NOTICE OF APPEARANCE AND SUBSTITUTE COUNSEL

Notice is given that **SHIRLEY WILSON DURHAM, SENIOR ASSISTANT ATTORNEY GENERAL**, appears as counsel of record on behalf of Defendants **Maggie Chandronnet, Matthew Handley, Michael Honour, Sean Hanson, Robert Atteberry, Gary Dean, William Hall, Barry Reddish, Gregory Chambers, Danny Halsey, Stephen Douglas, Derrick Mitchell, and Janitoria Warren**. Counsel requests that she be served all future pleadings and correspondence in this case at the address below as Lori Huskisson is no longer of the Office of the Attorney General.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

<u>/s/ Shirley Wilson Durham</u>
**Shirley Wilson Durham**

Senior Assistant Attorney General
Florida Bar No.: 0993204
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Shirley.durham@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed electronically through CM/ECF on March 23, 2022,, and furnished by U.S. Mail to: Corey Milledge, DOC# Q12023, Santa Rosa Correctional Facility, 5850 E. Milton Road, Milton, Milton, FL 32583 on March 23, 2022.

<u>/s/ Shirley Wilson Durham</u>
Shirley Wilson Durham
Senior Assistant Attorney General