IN UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY MILLEDGE,
                    Plaintiff,

v.                                          Case No.: 3:20-cv-269-BJD-PBD

JEFFREY R. MCCLELLAN, ET AL.
            Defendant(s)
_____/.

## **DEFENDANT'S  ANSWER AND DEFENSES**

Defendants Atteberry, Chambers, Chandronnet, Dean, Douglas, Hall, Halsey, Handley, Hanson, Honour,  Mitchell, Reddish, and  Warren, through the undersigned counsel, hereby answers Plaintiff's Amended Complaint (Doc. 17) as follows:

**I.**      A.      Plaintiff – (Doc. 17, p2) admitted

        B.       Defendants  - (Doc. 17, p 5-12)

        1.  Dismissed.
        2.  Admitted that Plaintiff is attempting to sue Defendant.
        3.  Admitted that Plaintiff is attempting to sue Defendant.
        4.  Admitted that Plaintiff is attempting to sue Defendant.
        5.  Admitted that Plaintiff is attempting to sue Defendant.
        6.  Admitted that Plaintiff is attempting to sue Defendant.
        7.  Admitted that Plaintiff is attempting to sue Defendant.
        8.  Admitted that Plaintiff is attempting to sue Defendant.
        9.  Admitted that Plaintiff is attempting to sue Defendant.
        10. Admitted that Plaintiff is attempting to sue Defendant.
        11. Dismissed.

1

12. Admitted that Plaintiff is attempting to sue Defendant.
13.  Admitted that Plaintiff is attempting to sue Defendant.
15.  Admitted that Plaintiff is attempting to sue Defendant.
16. Without knowledge and therefore denied.
17.  Without knowledge and therefore denied.
18. – 23.   Without knowledge and therefore denied

II.   **JURISDICTION**  - (Doc. 17, p4) Admitted that the Court has jurisdiction

III.   **PRISONER STATUS**  -   (Doc. 17,p12)  admitted.

IV.   **STATEMENT OF CLAIMS**  (Doc. 17, p12-13)

A – D. Denied.

V.   **INJURIES** – Denied.

VI.   **RELIEF.**  (Doc. 17,p13)

Admit that Plaintiff is seeking  compensatory,  punitive and nominal damages.  Defendants deny that  Plaintiff is entitled to any relief whatsoever.

V.   **FACTS**  (DOC. 17, p14 -47)

1.   Admit.

2.   Without knowledge and therefore deny.

3.   Admit that Plaintiff is incarcerated at Florida State Prison, and that Defendant Reddish is the Warden of Florida State Prison, without knowledge and therefore deny the remaining allegations in the sentence.

4.    Deny.

5.    Deny.

6.    Deny .

7.    Deny.

8.    Deny.

9.    Deny.

10.   Deny.

11.   Deny.

12.    Deny.

13.   Deny.

14.   Deny.

15.    Without knowledge and therefore, denied.

16.    Without knowledge and therefore, denied.

17.    Without knowledge and therefore, denied.

18.    Without knowledge and therefore, denied.

19.    Without knowledge and therefore, denied.

20.   Denied.

21.   Denied.

22.   Without knowledge and therefore, denied.

23.   Without knowledge and therefore, denied.

24.   Denied.

25.   Denied.

26.   Denied.

27.   Without knowledge and therefore, denied.

28.   Without knowledge and therefore, denied.

29.   Without knowledge and therefore, denied, with regard to Defendants other than Defendant Atteberry.  Defendant Atteberry denies.

30.   Defendant Atteberry denies.

31.   Defendant Atteberry denies.

32.   Defendant Atteberry denies.

33.   Defendant Atteberry denies.

34.   Defendant Atteberry denies.

35.   Defendant Atteberry denies.

36.   Denied.

37.   Denied. As to unserved Defendants without knowledge and therefore, denied.

38.   Denied.

39.   Denied.

40.   Denied. As to unserved Defendants without knowledge and therefore, denied.

41.  Denied. As to unserved Defendants without knowledge and therefore, denied.

42.  Without knowledge and therefore, deny.

43.  Without knowledge and therefore, deny.

44.  Without knowledge and therefore, deny.

45.  Without knowledge and therefore, deny.

46.  Without knowledge and therefore, deny.

47.   Without knowledge and therefore deny.

48.  Without knowledge and therefore, deny.

49.  Deny,

50.  Deny.

51.   Without knowledge and therefore, deny.

52.   Without knowledge and therefore, deny.

53.   Without knowledge and therefore, deny.

VI.      CLAIMS.

      Count I

54.   No response required.

55.    Denied.

56.    Denied.

57.    Without knowledge and therefore, deny.

**Count II – Dismissed.  (61-64)**

**Count III**

65.  No response required.

66.  Denied.

67.  Denied.

68.   Without knowledge and therefore, deny.

**Count IV**

69.  No response required.

70.  Denied.

71.  Denied.

72.  Without knowledge and therefore, deny.

**Count V** -  **Dismissed.  (73-77)**

**Count VI**

78.  No response required.

79.  Denied.

80.   Denied.

81.  Without knowledge and therefore, deny.

**Count VII** - **Dismissed.  (82-85)**

**Count VIII** - **Dismissed.  (86- 89)**

**Count IX   -   Dismissed.  (90- 94)**

**Count X**

94**.**    No response required.

95.    Denied.

96.    Denied.

97.    Denied.

98.    Denied.

99.    Denied.

**Count XI**

100.   No response required.

101.   Denied.

103. Without knowledge and therefore, denied.

**Count XII**

104.   No response required.

105.   Denied, and as to unserved Defendants are without knowledge and therefore denied.

106.    Denied, and as to unserved Defendants are without knowledge and therefore denied.

107. Without knowledge and therefore, denied.

### Count XIII

108.  No response required.

109.  Without knowledge and therefore denied.

110.  Defendants are without knowledge and therefore denied.

111.  Defendants are without knowledge and therefore denied.

112.  Defendants are without knowledge and therefore denied.

### Count XIV - Dismissed. (113-116)

### Count XV

117.  No response required.

118.   Denied, and as to underserved Defendants without knowledge and therefore denied.

119.  Denied.

120.  Admit that Warden Reddish is the Warden of Florida State Prison.   Deny the remaining allegations in the complaint.

121. Denied.

122. Denied.

123.  Denied.

124.   Without knowledge and therefore, denied.

## VII.  EXHAUSITON – (Doc. 17, p48)

Without knowledge and therefore denied.

## VIII.  PREVIOIUS LAWSUITS (Doc. 17,p51)

Without knowledge and therefore denied.

Defendants deny each and every allegation no admitted herein.

## IX.   DEFENSES AND AFFIRMATIVE DEFENSES

1.   Plaintiff fails to state a cause of action against Defendant.

2.   Plaintiff fails to state a claim upon which relief can be granted.

3.   Defendant has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4.   Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury caused by Defendant.

5.   Defendant is entitled to qualified immunity for his actions relative to the incident set forth in Plaintiff's Complaint.

6.   Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendant as required for liability under 42 U.S.C. §1983.

7.   Plaintiff's claim for damages is barred pursuant to the Prison Litigation Reform Act (PLRA) based on lack of a physical injury as a result of the alleged actions by Defendant.

8.   The actions taken by Defendant about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

9.    Plaintiff is responsible for and failed to mitigate his own injuries.

10.    Plaintiff failed to exhaust his administrative remedies.

## X.    RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## X.    DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully Submitted,

**ASHLEY MOODY
ATTORNEY GENERAL**

/s/Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General
Florida Bar No.:  0993294
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (904) 456-6472
Facsimile: (904) 858-6983
Shirley.durham@myfloridalegal.com
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

e-filed electronically through CM/ECF on March 23, 2022, and furnished by

U.S. Mail to: Corey Milledge, DOC# Q12023, Santa Rosa Correctional Facility,

5850 E. Milton Road, Milton, Milton, FL 32583 on March 23, 2022.

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General