IN UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


COREY MILLEDGE,
          Plaintiff,
v.                                                      Case No.: 3:20-cv-269-BJD-PBD
JEFFREY R. MCCLELLAN, ET AL.
          Defendant(s)
_____/


## DEFENDANTS'  RESPONSE TO PLAINTIFF'S MOTION TO COMPEL


Defendants Atteberry, Chambers, Chandronnet, Dean, Douglas, Hall,

Halsey, Handley, Hanson, Honour,  Mitchell, Reddish, and  Warren,

respond to Plaintiff's Motion to compel as follows:


## STATEMENT OF FACTS


1.      Plaintiff filed his initial civil rights complaint on March 3, 2020,

(Doc. 1)  and his amended complaint on October 13, 2020. (Doc. 17).

2.      Defendants filed a Motion to Dismiss. (Doc. 100).  The Court

granted in part and denied in part. (Doc. 142).

3.      Defendants answered the Complaint. (Doc. 144).

4.      The Court issued the scheduling order and set the close of discovery on June 24, 2022. (Doc. 145).

5.       Thereafter, Plaintiff mailed interrogatories to Defendants on April 12,  and 18, 2022.  Defendants were  due on May 16,  and 18, 2022.

6.      Defendants filed a Motion for Extension of time to respond to the discovery received from Plaintiff  because the discovery was not received by Counsel until April 21, 2022, due to inter office mail processing.

7.      Prior to requesting the extension of time, Defendants spoke with Plaintiff as required by the Middle District of Florida Local Rules.  During the conversation, Plaintiff informed Counsel that he mailed a First Request for Production and interrogatories to Defendant Reddish.

8.      Counsel explained to Plaintiff that the documents had not been received and could not be responded to.  Counsel also explained to Plaintiff that the documents that Counsel did receive were received late and more time would be needed to respond.  Counsel also told Plaintiff that a number of the interrogatories sent by Plaintiff had several questions missing.

9.      Plaintiff indicated that he would mail the missing discovery and that he was not opposed to the Motion for an Extension of time to Respond.

10.     Plaintiff mailed the interrogatories for Defendant Reddish, (151-1), and the interrogatories that were missing questions to Counsel as stated.

2

Plaintiff, however, did not mail the First Request For Production of Documents. Counsel did not receive the Initial Request for Production which Plaintiff now seeks to compel, so there was absolutely no way for Counsel to respond. The only copy of the Documents Counsel has is the copy filed with Plaintiff's Motion to Compel.

11.    During the conversation Plaintiff had with Counsel, Plaintiff did not indicate that he mailed a letter regarding a Motion to Compel to prior counsel on April 18, 2022, ten days after mailing the discovery request (Doc. 152-1). This means that Plaintiff had no intentions of conferring in good faith but just had the intentions of checking a box. Plaintiff did not mention that he would compel the request for production even though, Defendants did not have a copy with which to respond.

12.    Also, Plaintiff filed a notice to the Court notifying the Court that Counsel informed Plaintiff that did she did not receive Defendant Reddish's interrogatories and the First Request for Production of Documents. (Doc. 151). Plaintiff indicates that he was filing the requests with the Court so that Counsel could not say that they were not received. (Doc. 151-2).

13.    Defendants did receive those documents and requested that the Court extend time to respond. (Doc. 149,p2).

14.     However, Defendants did not receive The First Request For Production that Plaintiff is seeking to compel. (152-1; 152-2).

15.     Since Plaintiff did not have a meaningful conferral regarding the documents Plaintiff seeks now to compel, and Defendants did not have the documents in order to respond, Defendants request that the Court deny Plaintiff's Motion to Compel Documents and allow the Defendants 30 days to respond to the request.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Assistant Attorney General
Florida Bar No. 0993204
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Shirley.durham@myfloridalegal.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed electronically through CM/ECF on May 18,  2022, and furnished by U.S. Mail to: Corey Milledge, DOC# Q12023, Reception Medical Center, PO BOX 628, Lake Butler, FL 32083 on May 18, 2022.

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General