IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY MILLEDGE,
    PLAINTIFF,
V.
BARRY V. REDDISH, ET AL.,          CASE NO. 3:20-CV-269-BJD-PDB
    DEFENDANT(S)

## MOTION FOR AN ORDER AND MOTION FOR A SUBPOENA

PLAINTIFF COREY MILLEDGE MOTIONS THIS COURT FOR AN ORDER: 1) DIRECTING DEFENDANT'S COUNSEL TO PROVIDE MR. MILLEDGE WITH A COPY OF THE DOCUMENTS (DOC#143, 144) THAT WAS FILED WITH THE COURT; 2) COMMANDING THE FLORIDA DEPARTMENT OF CORRECTIONS THROUGH A SUBPOENA TO PRODUCE TO THE COURT THE PRISON LEGAL MAIL LOGS RELATING TO MR. MILLEDGE FOR THE MONTH OF **MARCH AND APRIL, 2022**; AND 3) DIRECTING DEFENDANT'S COUNSEL TO PROVIDE MR. MILLEDGE WITH A COPY OF ALL FUTURE PLEADINGS FILE WITH THE COURT. PLAINTIFF WOULD SHOW IN SUPPORT THEREOF:

1. AFTER CORRESPONDING WITH THE DEPUTY CLERK, PLAINTIFF HAS FOUND OUT THAT DEFENDANT'S COUNSEL FILED TWO DOCUMENTS (DOC#143, 144) ON MARCH 23, 2022. DEFENDANT'S

1

counsel did not mail those documents to plaintiff. Plaintiff can prove this because the prison keep a record of all incoming legal mail. The prison record will show that plaintiff did not receive any legal mail from defendant's counsel in MARCH 2022, nor APRIL 2022. This will show that defendant's counsel is filing documents without mailing it to plaintiff.

2. Since MARCH 23, 2022, plaintiff only received mail from defendant's counsel on MAY 6, 2022 and MAY 12, 2022. The mail that plaintiff received on MAY 6, 2022 were a letter. Defendant's counsel responded to plaintiff's letter dated APRIL 23, 2022. The mail that plaintiff received on MAY 12, 2022 were some of defendants discovery responses.

3. On three separate occasions, defendant's counsel has filed atleast three documents without mailing it to plaintiff.[1] The court should not condone this pratice because it will deprive plaintiff an opportunity to contest defendants pleadings. See, Local Rule 3.01(F) ("If a party fails to timely respond, the motion is subject to treatment as unopposed")

---

[1] Plaintiff will address the third document that defendant's counsel filed in his next motion.

2

## MEMORANDUM OF LAW

The court has authority to serve a subpoena at any place within the United States. **See, Fed. R. Civ. P. 45(B)(2)**

In this case, plaintiff needs the court to serve a subpoena commanding the Florida Department of Corrections to produce to the court the prison legal mail logs relating to Mr. Milledge for the month of **March and April 2022** so he can support his claim that defendants filing documents without mailing it to him.

Wherefore, plaintiff requests the court grant motion. Grant any other relief that plaintiff maybe entitled to.

Respectfully submitted,

Corey Milledge DC#012023
Santa Rosa C.I.
5850 E. Milton Rd
Milton, FL 32583

## Local Rule 3.01(G) Certification

Plaintiff attempted to confer with defendants about this motion before filing it. Defendant's counsel did not respond to plaintiff's letter that was mailed to them on 5-2-2022.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS FURNISHED BY U.S. MAIL ON THE DATE SHOWN ON THE FIRST PAGE, TO: COUNSEL OF RECORD.

_____
COREY MILLEDGE DC# Q1203